UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SZELIGA, | Case No.: 3:07-cv-00358 |
| Plaintiff, | **ORDER ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT (FIRST REQUEST)** |
| vs. | |
| THRIFY PAYLESS, INC. and DOES I through X, inclusive, | |
| Defendants. | |

Plaintiff SUZAN SZELIGA ("Plaintiff") and Defendant THRIFTY PAYLESS, INC. ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant's time within which to respond to Plaintiff's complaint on file herein shall be and hereby is extended from the present due date of December 26, 2007 through and including January 25, 2008.

//
//
//
//
//

1 | This is the first request for an extension of time. Defendant requests such an extension to
2 | have adequate time to prepare a response to the complaint.
3 | DATED this 20th day of December, 2007.     DATED this 20 day of December, 2007.
4 | ROBERT J. KILBY                            LAXALT & NOMURA, LTD.

By /s/ Robert J. Kilby                       By /s/ Wayne A. Shaffer
ROBERT J. KILBY                              WAYNE A. SHAFFER
1755 East Plumb Lane, #107                   9600 Gateway Drive
Reno, Nevada 89502                           Reno, Nevada 89521
Attorney for Plaintiff                       Attorney for Defendant
SUSAN SZELIGA                                THRIFTY PAYLESS, INC.

IT IS SO ORDERED.

DATED this 27th day of December.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE